UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
                                    )
JULIA BENDZEWICZ,                   )   04 12167 NMG
                                    )
                Plaintiff,          )   MAGISTRATE JUDGE Cohen
                                    )
                                    )   CIVIL ACTION NO.
                                    )   RECEIPT # 54311
v.                                  )   AMOUNT $150
                                    )   SUMMONS ISSUED Yes
HOME DEPOT U.S.A., INC.,            )   LOCAL RULE 4.1
                                    )   WAIVER FORM
                Defendant.          )   MCF ISSUED
                                    )   BY DPTY. CLK. FCM
                                        DATE 10/14/04
```

## COMPLAINT AND JURY DEMAND

### *PARTIES*

1. Plaintiff, Julia Bendzewicz, is an individual residing at 15 Bernier Street, Lowell, Massachusetts, in the County of Middlesex.

2. The Defendant, Home Depot U.S.A., Inc., is a duly organized Delaware corporation with its headquarters and principal place of business at 2455 Paces Ferry Road, N.W., Atlanta, Georgia 30339.

### *JURISDICTION and VENUE*

3. Pursuant to 28 U.S.C. § 1332, this Court has diversity jurisdiction because the matter in controversy exceeds $75,000 exclusive of interest and costs and is between citizens of different states. Pursuant to 28 U.S.C. § 1391(a), venue is proper in this Court because all of the events giving rise to this lawsuit occurred in this judicial district and the defendant is subject to personal jurisdiction in this judicial district.

## *FACTS*

4. On October 9, 2004, plaintiff Julia Bendzewicz, 86 years old, was a customer inside the Home Depot U.S.A., Inc. store in Tewksbury, Massachusetts. Chief Mohammed, an employee of Home Depot U.S.A., Inc., negligently operated a hand dolley with a large load, striking Julia Bendzewicz and knocking her violently to the concrete floor.

5. As a direct and proximate result of the negligence of the employee of Home Depot U.S.A., Inc. and the negligence of Home Depot U.S.A., Inc., plaintiff Julia Bendzewicz suffered severe and permanent personal injuries including inter alia, a broken hip and wrist, physical disability, pain and suffering, emotional distress, medical expense and other damages.

## COUNT I
## RESPONDEAT SUPERIOR/VICARIOUS LIABILITY

6. The plaintiff incorporates by reference paragraphs 1 through 5 of this Complaint as if fully set forth herein.

7. On October 9, 2004, Chief Mohammed was acting within the scope of his employment as an employee of defendant Home Depot U.S.A., Inc.

8. As his employer, defendant Home Depot U.S.A., Inc. is vicariously liable and/or legally responsible for the negligence of Chief Mohammed on October 9, 2004 and therefore is liable for the harm suffered by plaintiff Julia Bendzewicz.

WHEREFORE, plaintiff Julia Bendzewicz demands judgment from the defendant Home Depot U.S.A., Inc. for all of her above-referenced damages in an amount to be determined by a jury at trial.

## COUNT II
## NEGLIGENCE

9. The plaintiff incorporates by reference paragraphs 1 through 8 of this Complaint as if fully set forth herein.

10. On or before October 9, 2004 the defendant Home Depot U.S.A., Inc. knew or reasonably should have known that Chief Mohammed was not sufficiently skilled or competent to safely operate alone a loaded dolley in an aisle with customers.

11. On October 9, 2004 the defendant Home Depot U.S.A., Inc. negligently entrusted and/or permitted Chief Mohammed to operate alone its loaded dolley in an aisle with customers.

12. Prior to October 9, 2004, defendant Home Depot U.S.A., Inc. negligently trained and/or instructed Chief Mohammed in safety procedures concerning operation of a loaded dolley in an aisle with customers.

13. As a direct and proximate result of the negligence of defendant Home Depot U.S.A., Inc. in entrusting and/or permitting Chief Mohammed to operate alone its loaded dolley on October 9, 2004 in an aisle with customers and/or in its failure to adequately train and/or instruct him in procedures concerning safe operation of a loaded dolley in an aisle with customers, plaintiff Julia Bendzewicz suffered severe and permanent personal injuries including <u>inter alia</u>, a broken hip and wrist, physical disability, pain and suffering, emotional distress, medical expense and other damages.

WHEREFORE, plaintiff Julia Bendzewicz demands judgment from the defendant, Home Depot U.S.A., Inc. for all of her above-referenced damages in an amount to be determined by a jury at trial.

### PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES

JULIA BENDZEWICZ
By her attorneys,

_/s/ J. Wadland_
Joseph J. Wadland, BBO #54531
Lawrence J. Mullen, BBO #360310
Stephanie L. Moon, BBO #652879
WADLAND & ACKERMAN
28 Elm Street
Andover, MA 01810-3633
(978) 474-8880

Dated: October 12, 2004