UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA BENDZEWICZ,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:04-CV-12167-NMG<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF PLAINTIFF'S COUNSEL CHANGE OF ADDRESS**

Please take notice that the new address for Wadland & Ackerman is:

    Wadland & Ackerman
    Two Dundee Park, Suite 304
    Andover, MA  01810-3726

The telephone and facsimile numbers remain the same as do our e-mail addresses.

                      JULIA BENDZEWICZ
                      By her attorneys,

                      _____
                      Joseph J. Wadland, BBO #54531
                      Lawrence J. Mullen, BBO #360310
                      Stephanie L. Moon, BBO #652879
                      WADLAND & ACKERMAN
                      Two Dundee Park, Suite 304
                      Andover, MA  01810-3726

Dated: November 17, 2004            (978) 474-8880