UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA BENDZEWICZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION NO. 1:04-CV-12167-NMG |
| v. ) | |
| ) | |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff Julia Bendzewicz hereby dismisses with prejudice the within action.

JULIA BENDZEWICZ
By her attorneys,

Joseph J. Wadland, BBO #54531
Lawrence J. Mullen, BBO #360310
Stephanie L. Moon, BBO #652879
WADLAND & ACKERMAN
Two Dundee Park, Suite 304
Andover, MA 01810-3726
(978) 474-8880

Dated: December 7, 2004